UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFSANA ALEKOZAI,

    Plaintiff,

    v.

COLD STONE CREAMERY LEASING COMPANY, INC.,

    Defendant.
_____/

No. C 10-1254 PJH

**ORDER GRANTING MOTION TO DISMISS AND TO STAY PENDING ARBITRATION**

Defendant's motion to dismiss and to stay proceedings pending arbitration came on for hearing on June 23, 2010 before this court. Plaintiff, Afsana Alekozai, appeared through her counsel, Scott Flaxman. Defendant Cold Stone Creamery Leasing Company appeared through its counsel, Arthur Pressman and Matthew Frankel.

Having read all the papers submitted and carefully considered the relevant legal authority, and for the reasons stated at the hearing, the court hereby GRANTS defendant's motion to dismiss, and to stay proceedings pending arbitration, as follows: plaintiff's first two causes of action, which are premised on California's Franchise Relations Act and California's Franchise Investment Law, are DISMISSED with prejudice. The remaining claims asserted against defendant in the action are stayed pending arbitration of the dispute contained therein.

**IT IS SO ORDERED.**

Dated: June 25, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge