Robert L. Ebe (State Bar No. 70726)
rebe@nixonpeabody.com
Matthew J. Frankel (State Bar No. 256633)
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, California 94111
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Arthur L. Pressman (*admitted pro hac vice*)
apressman@nixonpeabody.com
Gregg A. Rubenstein (*admitted pro hac vice*)
grubenstein@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone:  (617) 345-1000
Fax:  (617) 345-1300

Attorneys for Defendant
COLD STONE CREAMERY LEASING COMPANY, INC.

Scott A. Flaxman (State Bar No. 241285)
scottf@scottflaxmanlaw.com
SCOTT FLAXMAN LAW
2055 Junction Avenue, Suite #135
San Jose, California 95131
Telephone:  (415) 702-7032
Fax:  (650) 952-0409

Attorney for Plaintiff
AFSANA ALEKOZAI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSANA ALEKOZAI,<br><br>    Plaintiff,<br><br>vs.<br><br>COLD STONE CREAMERY LEASING COMPANY, INC.,<br><br>    Defendant. | Case No. 10-CV-1254-PJH<br><br>**STIPULATED REQUEST TO VACATE JULY 22, 2010 CASE MANAGEMENT CONFERENCE AND TO STAY THE SAME PENDING COMPLETION OF ARBITRATION, AND [PROPOSED] ORDER** |

STIPULATED REQUEST TO VACATE JULY 22, 2010 CASE MANAGEMENT CONFERENCE AND TO STAY THE SAME PENDING COMPLETION OF ARBITRATION, AND [PROPOSED] ORDER (CASE NO. 10-CV-1254-PJH)

13065748.1

Pursuant to this Court's May 14, 2010 Order Setting Case Management Conference (Docket No. 21), Plaintiff Afsana Alekozai, by and through her attorney, Scott Flaxman, and Defendant Cold Stone Creamery Leasing Company, Inc.("CSL"), by and through its attorneys, Arthur L. Pressman and Matthew J. Frankel of Nixon Peabody LLP, hereby stipulate and request that the Case Management Conference currently scheduled for July 22, 2010 be vacated and stayed pending arbitration. In support of this request, the parties state as follows:

1. Plaintiff filed her Complaint in this action against CSL on or about March 25, 2010 (Docket No. 1).

2. On April 20, 2010, CSL filed its Motion to Dismiss and/or Stay Pending Arbitration ("Motion") (Docket No. 4).

3. On May 14, 2010 the Court issued an Order Setting Case Management Conference, setting the case management conference for July 22, 2010 (Docket No. 21).

4. On June 25, 2010, the Court (Honorable Phyllis J. Hamilton, presiding) issued an Order (Docket No. 23) granting CSL's Motion by dismissing Counts I and II of Plaintiff's Complaint and staying the balance of Plaintiff's claims against CSL pending their arbitration.

5. The parties hereby stipulate that that the Court's June 25, 2010 Order renders a case management conference unnecessary at this time, as there are no claims pending before the Court and the entirety of the action is stayed pending arbitration.

6. Accordingly, the parties respectfully request that the Court vacate the July 22, 1010 case management conference and stay the same pending completion of the arbitration pursuant to the parties' agreement.

/ / /
/ / /
/ / /
/ / /
/ / /

DATED: July 12, 2010                      Respectfully submitted,

NIXON PEABODY LLP

By: /s/ Matthew J. Frankel
    Matthew J. Frankel

Attorneys for Defendant
COLD STONE CREAMERY LEASING COMPANY, INC.

SCOTT FLAXMAN LAW

By: /s/ Scott A. Flaxman
    Scott A. Flaxman

Attorney for Plaintiff
AFSANA ALEKOZAI

I certify under penalty of perjury under the laws of the United States that I have received permission from Scott Flaxman to affix his e-signature and to e-file this document.

/s/ Matthew J. Frankel
Matthew J. Frankel

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Date: 7/15/10                            By: _____
    Hon. Phyllis J. Hamilton
    United States District Judge

[IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California seal]

3

STIPULATED REQUEST TO VACATE JULY 22, 2010 CASE MANAGEMENT CONFERENCE AND TO STAY THE SAME PENDING COMPLETION OF ARBITRATION, AND [PROPOSED] ORDER (CASE NO. 10-CV-1254-PJH)

13065748.1