UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFSANA ALEKOZAI,

          Plaintiff(s),                     No. C 10-1254 PJH

   v.                                     **ORDER OF DISMISSAL**

COLD STONE CREAMERY LEASING COMPANY, INC.,

          Defendant(s).

_____/

      The complaint in this case was filed on March 25, 2010, and the case was stayed pending arbitration on June 25, 2010. The case has remained pending on this court's docket for more than three years without any activity. On August 14, 2013, a clerk's notice was issued directing the parties to meet and confer and to submit a status report by August 21, 2013. No status report was submitted as requested, but on September 10, 2013, defendant's counsel filed a letter in which he states that all claims were settled in mediation with a full release and that the court could close the file. Accordingly this matter is hereby DISMISSED. However, because plaintiff did not sign the letter making this request and defendant's counsel does not represent that the parties met and conferred, the dismissal is **without prejudice**; provided, that if plaintiff shall certify to this court, within sixty (60) days, with proof of service on defendant, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice. The parties may substitute a dismissal with prejudice at any time during this sixty-day period.

A copy of this order will be served on plaintiff's counsel of record, but in addition, given defense counsel's representation that plaintiff filed the arbitration demand in pro per, defense counsel is ORDERED to serve a copy of this order on plaintiff within 7 days and to file a certificate of service within 7 days thereafter.

**IT IS SO ORDERED**.

Dated: September 12, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge